In the Matter of ASHLEY V. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANA C., Appellant. (Proceeding No. 1.) In the Matter of CARLOS V., JR. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANA C., Appellant. (Proceeding No. 2.) [936 NYS2d 560]

The mother's sole contention on this appeal, that she was entitled to a hearing to determine her entitlement to post-termination visitation rights, is not the subject of the order appealed from, and she did not request such relief before the Family Court. Thus, the mother's contention is not properly before this Court (*see Matter of Tylik Shaquwn B. [Chris E.B.]*, 77

AD3d 826 [2010]). Dickerson, J.P., Hall, Cohen and Miller, JJ., concur.